Fay PERROTTE, Plaintiff–Appellant,

v.

DEPT. OF CORRECTIONS, (Rikers Island), Queens Family Court, Mary Ellen Fitzmaurice, Judge, Nora Freeman, Judge, Fran Lubow, Judge, John Hunt, Judge, U.S. Military, Officials of Infantry Responsible for Military Accident (for Murders of Sept. 13, 1999 of my brother Kenneth Perrotte and Family of Salem Ave., Elizabeth, New Jersey; A private home military accident), Forestdale Foster Care Agency, Kenneth Purchase, also known as Robert Purchase, Mrs. M. Payne, Ms. D. Albury, Ms. Carter, Mrs. Patricia Hall, Joy Williams, Foster Mother # 2, Mrs. Curella, Ms. Ewing–James, Maurice Young, Esq., Queens Criminal Court, Stephen A. Knopf, Judge, D.A. of Queens, D.A. Brown, J. Liander, Bureau Chief, State of New York Dept. of Labor, Judge Yolanda Green, Dept. of Children's Welfare, Mr. McJunket, Ms. Cherry Bryant, Marie Williams, Ms., St. Barnabas Hosp. Corp., S. Dolan, Ms., Federal Children's Administration, Mr. Scott, Elliot Grits, M.D., NYS Office of Mental Health, NYS FBI/FEMA, Bill Clinton, President of U.S., R. Giuliani, Mayor of New York, Sandra Perrotte Prime, Geraldine Perrotte Pruedhomme, Maria Perrotte Bell, Defendants–Appellees.

Docket No. 01–6123.

United States Court of Appeals, Second Circuit.

March 18, 2002.

Fay Perrotte, Patchogue, NY, pro se.

Mary Elizabeth Delli–Pizzi; Deborah B. Zwany, on the brief, Assistant United States Attorneys, for Alan Vinegrad, United States Attorney for the Eastern District of New York, Brooklyn, NY, for Federal Defendants–Appellees.[*]

Lauren Reiter Brody; Frances K. Browne, on the brief, Rosenman & Colin LLP, New York, NY, for Hospital Defendants–Appellees.[**]

Robert H. Easton, Assistant Solicitor General; Mark Gimpel, Deputy Solicitor

---

[*] The Federal Defendants Appellees are the Federal Bureau of Investigation (FBI), the Federal Emergency Management Agency (FEMA), the Department of Health and Human Services, Federal Children's Administration, Mr. Scott, the Department of the Army, and Former President of the United States, William Jefferson Clinton.

[**] The Hospital Defendants Appellees are St. Barnabas Hospital and Serafina Dolan.

General, on the brief, for Eliot Spitzer, Attorney General of the State of New York, New York, NY, for State Defendants–Appellees.***

Elizabeth I. Freedman, Assistant Corporation Counsel, Appeals Division, for Michael D. Hess, Corporation Counsel, The City of New York Law Department, Brooklyn, NY, for Municipal Defendants–Appellees.****

Diane Krebs, L'Abbate, Balkan, Colavita & Contini, L.L.P., Garden City, NY, for Forestdale Defendants–Appellees.*****

Present CALABRESI, and CABRANES, Circuit Judges, and AMON,****** District Judge.

UPON DUE CONSIDERATION, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the judgment of the District Court be and it hereby is AFFIRMED.

Plaintiff–Appellant Fay Perrotte ("Perrotte") appeals from an order and judgment of the United States District Court for the Eastern District of New York (Hurley, *J.*), dismissing her complaint as frivolous under 28 U.S.C. § 1915(e)(2). Perrotte brought suit, seeking one billion dollars in damages, against numerous state, federal, and private defendants, including the Department of Corrections, former President of the United States William J. Clinton, former Mayor of New York City Rudolph Giuliani, the Queens Family Court, and the U.S. military, alleging, *inter alia:*

Actions for violations of civil rights pursuant to 42 U.S.C. § 1983 ... based on the Murder of Kenneth Perrotte and Family at his private resident [sic] at Salem Ave. in Elizabeth[,] New Jersey by the U.S. military on Sept. 13, 1999. They attempted to also murder me at my residence.[1] They then made an agreement with my sister Mrs. Sandra Prime and my mother Mrs. G. Perrotte Pruedhomme that for money given to them they should not "tell" me: reason unknown ... [M]e and my family [sic] has been [sic] murdered, raped, sodomized, tortured, and robbed using "Cold War Techniques[.]" Most of the defendants called in this case is [sic] a member of a[sic] organized crime ring which involves Judges, Politicians, Lawyers, the Military, D.O.C. and N.Y. Agencies.... Almost all these defendants has been [sic] a part of a conspiracy to intentionally murder, inflict harm, rob, raped [sic], mislead, torture and plunder me and my family.

We review *de novo* the district court's dismissal of Perrotte's complaint pursuant to 28 U.S.C. § 1915(e). *See Giano v. Goord,* 250 F.3d 146, 149–50 (2d Cir.2001). We have considered all of Plaintiff Appellant's claims and find them meritless, and we AFFIRM substantially for the reasons given by the district court.

*** The State Defendants Appellees are the Queens Family Court, Mary Ellen Fitzmaurice, Judge, Nora Freeman, Judge, Fran Lubow, Judge, John Hunt, Judge, Stephen A. Knopf, Judge, State of New York Department of Labor, and Judge Yolanda Green.

**** The Municipal Defendants Appellees include the Department of Corrections and R. Giuliani, Mayor of New York.

***** The Forestdale Defendants Appellees are Forestdale Inc., a/k/a Forestdale Foster Care Agency, Kenneth Purchase, a/k/a Robert Purchase, Mrs. M. Payne, Ms. D. Albury, Ms. Carter, Mrs. Patricia Hall, Joy Williams, Mrs. Curella, and Ms. Ewing–James.

****** The Honorable Carol Bagley Amon, United States District Judge for the Eastern District of New York, sitting by designation.

1. Perrotte claims that the U.S. military attacked her home by helicopter with nuclear weapons.